AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| PAMELA SUE CRUTCHFIELD (1) | |

Case Number:   3:22-CR-02056-DMS

Richard Alexander Coomer
Defendant's Attorney

**USM Number**   23281510

☐  –

THE DEFENDANT:

☒  pleaded guilty to count(s)   One of the Information

☐  was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title and Section / Nature of Offense** | **Count** |
|---|---|
| 42:408(a)(3) - False Statement Or Representation To Social Security Administration | 1 |

The defendant is sentenced as provided in pages 2 through ___**4**___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☐  Count(s) _____ is _____ dismissed on the motion of the United States.

☒  Assessment :  $100.00

–

☐  JVTA Assessment*: $

-

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒  See fine page     ☐  Forfeiture pursuant to order filed _____ , included herein.

    IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 10, 2022
Date of Imposition of Sentence

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | PAMELA SUE CRUTCHFIELD (1) | Judgment - Page **2** of **4** |
| CASE NUMBER: | 3:22-CR-02056-DMS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Time Served

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

    ☐ at _____ A.M.     on _____

    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245S   Judgment in Criminal Case
        Sheet 5 — Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT: PAMELA SUE CRUTCHFIELD (1) | Judgment — Page __3__ of __4__ |
| CASE NUMBER: 22CR2056-DMS | |

# RESTITUTION

The defendant shall pay restitution in the amount of _____$170,580.00_____ unto the United States of America.

This sum shall be paid ____ immediately.
              __×__ as follows:

       $170.580.00 to Social Security Administration (Paid in Full as of 9/1/22)

The Court has determined that the defendant _____ have the ability to pay interest.  It is ordered that:

_____ The interest requirement is waived.

_____ The interest is modified as follows:

22CR2056-DMS

AO 245S     Judgment in Criminal Case
            Sheet 5 — Criminal Monetary Penalties

DEFENDANT: PAMELA SUE CRUTCHFIELD (1)
CASE NUMBER: 22CR2056-DMS

Judgment — Page ___4___ of ___4___

## FINE

The defendant shall pay a fine in the amount of _____$4750.00_____ unto the United States of America.

This sum shall be paid     _____  immediately.
                             _x_   as follows:

Fine shall be paid to the Clerk ,United States District Court forthwith.

The Court has determined that the defendant _____ have the ability to pay interest.  It is ordered that:

____  The interest requirement is waived.

____  The interest is modified as follows:

22CR2056-DMS